```
 1  John Akopian, Esq. (SBN 238226)
    JOHN AKOPAIN & ASSOCIATES
 2  144 N. Glendale Avenue
    Suite 206
 3  Glendale, CA 91206
    Telephone: (818) 244-0050
 4  Facsimile: (818) 244-0051

 5  Attorneys for Plaintiff
    EDGAR HARUTYUNYAN
 6
    Margaret A. Keane, Esq. (SBN 255378)
 7  DLA PIPER LLP (US)
    555 Mission Street
 8  Suite 2400
    San Francisco, CA 94105
 9  Telephone: (415) 836-2500
    Facsimile: (415) 836-2501
10
    Attorneys for Defendant
11  BLOOMBERG L.P.
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| EDGAR HARUTYUNYAN, | CASE NO.: 3:15-CV-00388-TEH |
| | *Honorable Thelton E. Henderson* |
| Plaintiff, | **STIPULATION FOR DISCONTINUANCE OF ACTION AND ORDER** |
| vs. | |
| BLOOMBERG LP; and DOE DEFENDANTS 1 through 100, Inclusive. | |
| Defendants. | |

1

STIPULATION FOR DISCONTINUANCE OF ACTION AND ORDER

1  TO THE HONORABLE THELTON E. HENDERSON, UNITED STATES
2  DISTRICT COURT JUDGE, ALL PARTIES AND THEIR COUNSEL OF RECORD:
3      IT IS HEREBY STIPULATED by and between Plaintiff EDGAR HARUTYUNYAN,
4  ("Plaintiff"), by and through his attorney of record, and Defendant BLOOMBERG L.P.
5  ("Defendant") (sued and served as Bloomberg LP), by and through its attorneys of record, that
6  this action shall be discontinued with prejudice, pursuant to Federal Rules of Civil Procedure,
7  Rule 41(a)(1)(ii), with each party to bear their own costs and attorneys fees.
8
9  Dated: January 22, 2016      JOHN AKOPIAN & ASSOCIATES
10
11                                          By: _____
12                                          John Akopian
                                        Attorney for Plaintiff
13                                          EDGAR HARUTYUNYAN
14  Dated: January 21, 2016      DLA PIPER LLP (US)
15
16                                          By: Margaret A Keane
                                        Margaret A. Keane
17                                          Attorney for Defendant
                                        BLOOMBERG L.P.
18  IT IS SO ORDERED
19
20  Dated: January _____, 2016
21
22
23                                          JUDGE THELTON E. HENDERSON
24
25
26
27
28

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **January 22, 2016**, all counsel of record who have consented to electronic service are being served a true and correct copy of the following document using the Court's CM/ECF system:

## STIPULATION FOR DISCONTINUANCE OF ACTION AND ORDER

I certify under penalty of perjury under the law of the Untied States of America that the foregoing is true and correct.

Executed on January 22, 2016 at Glendale, California

*/s/ John Akopian*
John Akopian

1
CERTIFICATE OF SERVICE