| | |
|---|---|
| 1 | John Akopian, Esq. (SBN 238226) |
|   | **JOHN AKOPAIN & ASSOCIATES** |
| 2 | 144 N. Glendale Avenue |
|   | Suite 206 |
| 3 | Glendale, CA 91206 |
|   | Telephone: (818) 244-0050 |
| 4 | Facsimile:  (818) 244-0051 |
| 5 | Attorneys for Plaintiff |
|   | EDGAR HARUTYUNYAN |
| 6 | |
|   | Margaret A. Keane, Esq. (SBN 255378) |
| 7 | **DLA PIPER LLP (US)** |
|   | 555 Mission Street |
| 8 | Suite 2400 |
|   | San Francisco, CA 94105 |
| 9 | Telephone: (415) 836-2500 |
|   | Facsimile:  (415) 836-2501 |
| 10 | |
|    | Attorneys for Defendant |
| 11 | BLOOMBERG L.P. |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| EDGAR HARUTYUNYAN, | ) | CASE NO.: 3:15-CV-00388-TEH |
|  | ) | *Honorable Thelton E. Henderson* |
| Plaintiff, | ) | **STIPULATION FOR DISCONTINUANCE OF ACTION AND ORDER** |
| vs. | ) | |
| BLOOMBERG LP; and DOE DEFENDANTS 1 through 100, Inclusive. | ) | |
| Defendants. | ) | |

1

STIPULATION FOR DISCONTINUANCE OF ACTION AND ORDER

TO THE HONORABLE THELTON E. HENDERSON, UNITED STATES DISTRICT COURT JUDGE, ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff EDGAR HARUTYUNYAN, ("Plaintiff"), by and through his attorney of record, and Defendant BLOOMBERG L.P. ("Defendant") (sued and served as Bloomberg LP), by and through its attorneys of record, that this action shall be discontinued with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), with each party to bear their own costs and attorneys fees.

Dated: January 22, 2016

JOHN AKOPIAN & ASSOCIATES

By: _____
John Akopian
Attorney for Plaintiff
EDGAR HARUTYUNYAN

Dated: January 21, 2016

DLA PIPER LLP (US)

By: Margaret A Keane
Margaret A. Keane
Attorney for Defendant
BLOOMBERG L.P.

IT IS SO ORDERED

Dated: January 25, 2016

_____
JUDGE THELTON E. HENDERSON